**FILED IN CHAMBERS**
**U.S.D.C ATLANTA**

Date: Aug 07 2026

**KEVIN P. WEIMER** , Clerk

By: E. M. Morrell

Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

BRANDON DONTRAIL SCROGGINS

**CRIMINAL COMPLAINT**

Case Number:  2:26-MJ-22

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  Beginning on or about July 30, 2026, in Barrow County, in the Northern District of Georgia, defendant(s) did, transmit interstate communications containing threats to injure the person of another.

in violation of Title 18, United States Code, Section(s) 875(c).

I further state that I am a(n) FBI Task Force Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    Yes

Signature of Complainant

Caleb Martin

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

August 7, 2026
Date

at   Atlanta, Georgia
City and State

JOHN K. LARKINS, III
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

AUSA Stephanie Smith

ATTEST: A TRUE COPY
CERTIFIED THIS

Date: Aug 07 2026

KEVIN P. WEIMER, Clerk

By: E. M. Morrell

Deputy Clerk

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Caleb Martin, hereby depose and say under penalty of perjury:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI). As a TFO, I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7). Therefore, I am empowered to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516 and Title 21 of the United States Code. I am also a sworn Peace Officer in the State of Georgia. I am currently employed by the Forsyth County Sheriff's Office as a Detective and have been employed by them since May 6, 2015. As a Detective/Task Force Officer, I have worked cases involving Georgia's R.I.C.O Act, gang act, burglary, auto theft, entering automobiles, financial transaction card fraud/theft, identity theft, criminal damage and trespass, possession/sales of illegal narcotics, sexual exploitation of a minor, interstate transport of a minor for indecent purposes, murder, robbery, aggravated assault, and terroristic threats/acts.

2. This affidavit is made in support of a criminal complaint, authorizing the arrest of BRANDON DONTRAIL SCROGGINS, for violations of Title 18,

United States Code, Section 875 (interstate communications of threats to injure the person of another).

3.     This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4.     The Federal Bureau of Investigation (the "Agency") is conducting a criminal investigation involving BRANDON DONTRAIL SCROGGINS (SCROGGINS) for possible violations of federal criminal law, specifically violations of 18 U.S.C. § 875(c).

5.     On or about July 30, 2026, at approximately 9:18am, the Barrow County District Attorney's Office (BCDA) received a call on the main DA's office line, from subject phone number (325) 339-8256.  Based on verbal testimony of employees, the subject during the call stated that he was unhappy with Barrow County. He

further stated he was coming to take out Barrow County because of the injustice they served, claiming his name was God of Israel. The BCDA employee hung up on the subject after asking for confirmation of his name and number. This call was not recorded, as the phone system does not have the recording feature.

6.     At approximately 9:22am, the same subject called BCDA's office again, leaving a voicemail which generally exclaimed, "Bitch, I don't know why you just disrespect me like that. Most definitely gonna spend all the quality time with your loved ones. All right, death is feeding on you and everything you love. Everything you love has become death by you disrespecting who I'm at. Don't worry about that. I'm gonna put you and your kids in seg, all your loved ones in seg together. You better prepare yourself. I'm in Abilene, Texas. They know how I'm coming. Y'all need to prepare y'all-self truly with your little demonic-ass energy that's coming off you (Subject laughs and hangs up)."

7.     Upon interviewing the employee by phone, she stated that after hearing the later voicemail saying that he was coming from Texas, the subject's statements placed her in fear, which was why the calls were reported to Court Security, leading to the subsequent investigation.

8.      Barrow County Sheriff's Office (BCSO) Investigators reached out to FBI TFO C. Martin for assistance in identifying the subject making the threats. TFO Martin identified the carrier of the mobile number as AT&T, which was corroborated by BCSO Investigators based on information they obtained verbally from AT&T Exigent Support. BCSO only requested subscriber data, which AT&T provided the following:

> Subscriber: Angela Scroggins
> Address: 5398 South 7th St. Abilene, Texas 79605
> Activated: May 7th, 2024
> Plan: Prepaid

9.      Based on the statements made regarding the subject traveling from Texas to Georgia during the phone call and in the voicemail, an emergency disclosure was, again, requested by TFO Martin from AT&T. This request was for call detail records, timing advance, and historical NELOS (location) data pertaining to the cell phone between the approximate dates of July 29, 2026, at 12:00am through July 30, 2026, to the time of the Emergency Disclosure, approximately 1:00pm.

10.     Upon receiving the data associated with the Calls detail records, TFO Martin was able to identify that the subject did not appear to be in Georgia during the period of time covered by the records. However, TFO Martin did analyze the call

records obtained, which showed additional judicial circuits, including federal and state, that were likely targeted by the subject.

11.    One call was identified as Barrow County Superior Court Judge Nicholas Primm's Chambers, located within Barrow County inside the Northern District of Georgia. Contact was made with the Judge's Assistant, who located a voicemail left on July 30, 2026, at 9:23am by phone number (325) 339-8256. This voicemail generally exclaimed: "A death date just came up for Nicholas' Primm. Miss lady, you better separate yourself. I don't give a damn who you is to him, who you think you is, and who you trying to protect. Separate yourself, 'cause I'm gonna be calling back till I get somebody on this phone call, okay? That's it. This nigga on this stiff shit down there—that shit dead, like him and everything he love. So answer this motherfucking phone. I'm not playing with you bitches. That's it."

12.    One of the other numbers located in the top called records was a Judge's Chambers for United States District Court for the Middle District of Alabama. Contact was made with the number by TFO Martin, and it was determined that on July 29, 2026, the same subject contacted the Judge's Chambers making similar in nature threats, directed at the Federal Judge.  As a result of those threats SCROGGINS is currently charged in the Middle District of Alabama with a

violation of 18 U.S.C. 115 – Influencing, impeding or retaliating against a Federal official by threatening or injuring a family member. SCROGGINS is awaiting transport to the Middle District of Alabama.

13.   Further research into the AT&T subscriber, Angela Scroggins, provided information on her children Kevin Scroggins and Brandon Scroggins. In addition to open-source data, local Law Enforcement around Abilene were familiar with Brandon Scroggins who had recently been arrested by Abilene PD after he obstructed a traffic stop that he was not involved in by walking up to the Officer, in the roadway, interrupting the investigation on July 18th. When asked to identify himself, Brandon referred to himself as "The God of Isreal", matching the statements of the subject on the phone during the threats. The U.S. Marshals Service in Alabama also identified the subject as Brandon Scroggins through open-source data and by speaking with local agencies in the area of Abilene, Texas who were familiar with the family and had dealt with Brandon during the above encounters.

14.   A query of SCOGGINS in NCIC reveals that he is a convicted felon for Possession of a Controlled Substance in 2007 and for Evading Arrest in 2014. Based on affiant's review of SCROGGINS' phone contact, it was revealed that

SCROGGINS appeared to have contacted six additional law enforcement jurisdictions all in the state of Texas during the time period of this offense. Your Affiant is awaiting verification of those contacts.

## **CONCLUSION**

15.    Based on my training and experience, and the facts set forth in this affidavit, there is probable cause to believe that SCROGGINS has committed violations of Title 18, United States Code, Section 875(c) (interstate communications containing threats to injure the person of another) within the Northern District of Georgia.